---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Otex Resources, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | __4__ __1__ – __2__ __0__ __5__ __2__ __5__ __6__ __1__ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1810 S. Highway 146** | |
| Number     Street | Number     Street |
| | P.O. Box |
| **Baytown**          **TX**     **77521** | |
| City               State   ZIP Code | City               State   ZIP Code |
| **Galveston** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number     Street |
| | City               State   ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

---

Debtor **Otex Resources, LLC**  _____     Case number (if known) _____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | *A. Check one:* |

          ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
          ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
          ☐ Railroad (as defined in 11 U.S.C. § 101(44))
          ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
          ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
          ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
          ☑ None of the above

*B. Check all that apply:*

          ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
          ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
          ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

      ____  ____  ____  ____

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

          ☐ Chapter 7
          ☐ Chapter 9
          ☑ Chapter 11.   *Check all that apply:*

                 ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

                 ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

                 ☐ A plan is being filed with this petition.

                 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

                 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

                 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

          ☐ Chapter 12

Debtor  **Otex Resources, LLC**_____     Case number (if known) _____

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br><span style="margin-left:3em"></span>MM / DD / YYYY<br><span style="margin-left:5em"></span>District _____ When _____ Case number _____<br><span style="margin-left:3em"></span>MM / DD / YYYY<br><span style="margin-left:5em"></span>District _____ When _____ Case number _____<br><span style="margin-left:3em"></span>MM / DD / YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br><span style="margin-left:4em"></span>District _____ When _____<br><span style="margin-left:10em"></span>MM / DD / YYYY<br><span style="margin-left:4em"></span>Case number, if known _____<br><br><span style="margin-left:4em"></span>Debtor _____ Relationship _____<br><span style="margin-left:4em"></span>District _____ When _____<br><span style="margin-left:10em"></span>MM / DD / YYYY<br><span style="margin-left:4em"></span>Case number, if known _____ |
| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor **Otex Resources, LLC** _____  Case number (if known) _____

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed. |

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____
Number        Street

_____

_____   _____   _____
City                                      State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency   _____

Contact name   _____

Phone   _____

---

**Statistical and adminstrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* <br> ☑ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | |
|---|---|
| **14.** | **Estimated number of creditors** |

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

| | |
|---|---|
| **15.** | **Estimated assets** |

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | |
|---|---|
| **16.** | **Estimated liabilities** |

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Otex Resources, LLC**                                    Case number (if known) _____

| | |
|---|---|

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17.  **Declaration and signature of authorized representative of debtor** | ■   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | ■   I have been authorized to file this petition on behalf of the debtor. |
| | ■   I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/31/2017**
                MM / DD / YYYY

X **/s/ Thomas E. Fereday**                              **Thomas E. Fereday**
    Signature of authorized representative of debtor          Printed name

Title **Managing Member**

| | |
|---|---|
| 18.  **Signature of attorney** | X **/s/ Larry A. Vick**                              Date **01/31/2017** |
| | Signature of attorney for debtor                          MM / DD / YYYY |

**Larry A. Vick**
Printed name

**Larry A. Vick**
Firm name

**10497 Town & Country Way, Suite 700**
Number         Street

_____

**Houston**                              **TX**          **77024**
City                                        State         ZIP Code

**(713) 239-1062**                          **lv@larryvick.com**
Contact phone                                Email address

**20563500**                                **TX**
Bar number                                  State

| **Fill in this information to identify the case** |
| --- |

Debtor name     **Otex Resources, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes.  Fill in the information below.

     **All cash or cash equivalents owned or controlled by the debtor**          Current value of
         debtor's interest

2. **Cash on hand**       _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Checking account with Texas First Bank** | **Checking account** | 5   2   0   8 | $25.42 |
| 3.2. | **Checking account ICON** | **Checking account** | __ __ __ __ | ($2,700.00) |

4. **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.     | **($2,674.58)** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

    ☑ No.  Go to Part 3.
    ☐ Yes.  Fill in the information below.

Debtor   **Otex Resources, LLC**                                          Case number (if known) _____
_____
Name

|  |  |
|---|---|
|  | **Current value of debtor's interest** |

**7.   Deposits, including security deposits and utility deposits**

      Description, including name of holder of deposit

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

**9.   Total of Part 2.**
      Add lines 7 through 8.  Copy the total to line 81.                                    $0.00

---

### Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

|  |  |
|---|---|
|  | **Current value of debtor's interest** |

**11.   Accounts receivable**

| 11a.  90 days old or less: | **$0.00** | – | **$0.00** | = ............. ➔ | **$0.00** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b.  Over 90 days old: | **$0.00** | – | **$0.00** | = ............. ➔ | **$0.00** |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

**12.   Total of Part 3**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.              $0.00

---

### Part 4:   Investments

**13.   Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

      Name of entity:                                          % of ownership:

**16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

      Describe:

**17.   Total of Part 4**
      Add lines 14 through 16.  Copy the total to line 83.                                 $0.00

---

### Part 5:   Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

---

Debtor  **Otex Resources, LLC**                                    Case number (if known) _____
     Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.  Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

Debtor     **Otex Resources, LLC**                                      Case number (if known) _____
           Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Desks, chairs, printers, lamps | | | **$250.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | |
    |---|
    | **$250.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2000 Ford F250 Pickup Truck** | | | **$1,500.00** |
| 47.2. **2001 International Vacuum Truck** | | | **$5,000.00** |
| 47.3. **1992 International Winch Truck** | | | **$8,000.00** |
| 47.4. **1989 Mack Vacuum Truck** | | | **$4,000.00** |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Debtor   __**Otex Resources, LLC**__                                    Case number (if known) _____
           Name

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Leroy-Somer 20 KW Generator** | | | $2,000.00 |
| **Lima 30 KW Generator** | | | $2,000.00 |
| **Broadcrown 40 KW - 3ph480v Generator** | | | $3,000.00 |
| **Broadcrown 40 KW - 3ph120v Generator** | | | $3,000.00 |
| **Ford 75 KW Generator** | | | $2,000.00 |
| **Grove Crane 15 ton model RT58A** | | | $4,000.00 |
| **Dresser Wheel Loader model 510** | | | $3,000.00 |
| **Terex Backhoe Loader model 760B** | | | $10,000.00 |
| **Takeuchi Crawler Loader model TL130** | | | $5,000.00 |
| **2009 John Deere Tractor Model 4320-4** | | | $8,000.00 |
| **2009 John Deere Front Loader Attachment model 400X** | | | $1,000.00 |
| **Frontier Rotary Mower model RE2060** | | | $300.00 |
| **2008 Top Hat Utility Trailer** | | | $600.00 |
| **Lincoln Welder Ranger 225** | | | $400.00 |
| **Lincoln Welder Ranger 225** | | | $700.00 |
| **Goose Creek surfact equipment** | | | $30,000.00 |
| **Lost Lake surface equipment** | | | $20,000.00 |

**51.  Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

> $113,500.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:   Real property

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

Debtor    **Otex Resources, LLC**              Case number (if known) _____
             Name

**55.**    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **In Harris County**<br>**Lease 117 RRC 17378 Busch Enderli**<br>**AB 66 Scott William** | **Mineral Rights** | | | **$22,220.00** |
| 55.2. **In Harris County**<br>**RRC 17912 Busch Shelton-D** | **Mineral Rights** | | | **$3,890.00** |
| 55.3. **In Harris County**<br>**Lease 112 RRC 16363 Busch**<br>**Shelton-A W/#1 AB 66 William Scott** | **Mineral Rights** | | | **$3,890.00** |
| 55.4. **In Harris County**<br>**LSE 107 RRC 16030 UNIT 9900600**<br>**Busch H W/#1-B AB 66 Scott William**<br>**PER** | **Mineral Rights** | | | **$25,590.00** |
| 55.5. **In Harris County**<br>**LSE 109 RRC 16030 UNIT 9900600**<br>**BUSCH H W/#10-B AB 66 Scott**<br>**William** | **Mineral Rights** | | | **$25,870.00** |
| 55.6. **In Harris County**<br>**LEASE 90 RRC 11146 SHELTON**<br>**CHARLES H FEE AB 840 WHITING**<br>**HARVEY** | **Mineral Rights** | | | **$127,920.00** |
| 55.7. **In Harris County**<br>**LEASE 110 RRC 16107 CRH CORP AB**<br>**65 SCOTT WILLIAM** | **Mineral Rights** | | | **$76,960.00** |
| 55.8. **Loop 201, Baytown, TX 77520**<br>**Loop 201, 77520, TR 55, ABST 66 W**<br>**SCOTT 8.6300 AC** | **Ownership** | | | **$37,359.00** |
| 55.9. **S Main Street**<br>**S Main Street, TR 1L, ABST 65 W**<br>**SCOTT** | **Ownership** | | | **$61,420.00** |
| 55.10. **In Chambers County**<br>**Mayes-A 3 Real Otex Resources/Lost**<br>**Lake AB 310/Wallis E H R SUR; and**<br>**Federal Lost Lake 3 Otex**<br>**Resources/Lost Lake AB 310/Wallis**<br>**E H R SUR** | **Mineral Rights** | | | **$22,610.00** |
| 55.11. **In Chambers County**<br>**2.700 MI 2 in 1988 T CAG FROM NEI**<br>**PRODUCTION INC./TRUCKS** | **Mineral Rights** | | | **$16,911.00** |
| 55.12. **In Harris County**<br>**S Alexander Dr 77520**<br>**TR 8 BLK 1 Harper 0.7486 AC** | **Mineral Rights** | | | **$24,457.00** |

**56.**   **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     **$449,097.00**

Debtor   **Otex Resources, LLC**_____   Case number (if known) _____
_____Name_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| $0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

                                                                            Current value of
                                                                            debtor's interest

71. **Notes receivable**

Description (include name of obligor)

| Debtor | **Otex Resources, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | ($2,674.58) | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $250.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $113,500.00 | |
| **88. Real property.** *Copy line 56, Part 9.* ➜ | | $449,097.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | $111,075.42 + 91b. | $449,097.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92........ $560,172.42

**Fill in this information to identify the case:**

Debtor name   **Otex Resources, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
   ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
   ☑ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** Creditor's name **Anahuac ISD** | **Describe debtor's property that is subject to a lien** **In Harris County** | Unknown | $22,220.00 |
| Creditor's mailing address c/o Yolanda Humphrey - Perdue, Brandon Fielder, Collins & Mott, L.L.P. 1235 North Loop West, Suite 600 Houston          TX    77008 | **Describe the lien** **Lawsuit** | | |
| | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** ☑ No ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Last 4 digits of account number ___ ___ ___ ___ | | | |
| **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | | | |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                                                   **$794,561.68**

Debtor   **Otex Resources, LLC**                                Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2**

**Creditor's name**
**Capacity Funding LLC**

**Creditor's mailing address**
**7 Renaissance Square, 5th Floor**

_____

**White Plains          NY    10601**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**      ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority.

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Equipment, vehicles, inventory, accounts and contr**

**Describe the lien**
**Business account**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$445,000.00          $0.00

Debtor   **Otex Resources, LLC**  _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.3** | **Creditor's name**
**Chambers County Tax Assessor/Collec**

**Describe debtor's property that is
subject to a lien**

**In Chambers County**

**Describe the lien**

**Property Taxes**

$1,567.45        $39,521.00

**Creditor's mailing address**
**P O Box 519**

_____

_____

**Anahuac              TX    77514**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account
number**                ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No
☑ Yes.  Have you already specified the
         relative priority?

   ☑ No.  Specify each creditor, including this
         creditor, and its relative priority.

   **For In Chambers County: 1)
   Chambers County Tax
   Assessor/Collector; 2) Graystone
   Energy Corp..  For In Chambers
   County: 1) Chambers County Tax
   Assessor/Collector; 2) Graystone
   Energy Corp..**

   ☐ Yes.  The relative priority of creditors is
         specified on lines _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **Otex Resources, LLC**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**2.4** **Creditor's name**
**Goose Creek CISD**

**Creditor's mailing address**
**P O Box 2805**

_____

**Baytown            TX    77521**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**                      ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**S Main Street**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$7,983.05**     Column B: **$61,420.00**

---

**2.5** **Creditor's name**
**Goose Creek CISD**

**Creditor's mailing address**
**P O Box 2805**

_____

**Baytown            TX    77521**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**                      ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

   **1) Harris County Tax Assessor/Collector; 2) Goose Creek CISD.**

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Loop 201, Baytown, TX 77520**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$15,514.69**     Column B: **$37,359.00**

---

Debtor   **Otex Resources, LLC**                                          Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.6**

Creditor's name
**Goose Creek CISD**

Creditor's mailing address
**P O Box 2805**

_____

**Baytown            TX   77521**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
            relative priority?

      ☐ No.  Specify each creditor, including this
               creditor, and its relative priority.

      ☐ Yes.  The relative priority of creditors is
               specified on lines _____

Describe debtor's property that is
subject to a lien
**In Harris County**

Describe the lien
**Property Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $2,729.13 | $24,457.00 |
|---|---|---|

**2.7**

Creditor's name
**Graystone Energy Corp.**

Creditor's mailing address
**P O Box 98**

_____

**Judson            TX   75660**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☐ No
☑ Yes.  Have you already specified the
            relative priority?

      ☐ No.  Specify each creditor, including this
               creditor, and its relative priority.

      ☑ Yes.  The relative priority of creditors is
               specified on lines **2.3**_____

Describe debtor's property that is
subject to a lien
**Mineral Property Chambers County**

Describe the lien
**Mechinacs Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| | $107,500.00 | $39,521.00 |
|---|---|---|

Debtor   **Otex Resources, LLC**                                          Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.8**

**Creditor's name**
**Harris County Tax Assessor/Collector**

**Creditor's mailing address**
**P O Box 3547**

_____

_____

**Houston              TX    77253-3547**

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**                    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines **2.5**

**Describe debtor's property that is subject to a lien**
**Loop 201, Baytown, TX 77520**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $1,409.25 | $37,359.00 |
|---|---|---|

---

**2.9**

**Creditor's name**
**New Era Lending, LLC**

**Creditor's mailing address**
**North Orange Street, Suite 762**

_____

**Wilmington              DE    19801**

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**                    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Future Receivables**

**Describe the lien**
**Business account**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

| | $150,000.00 | $0.00 |
|---|---|---|

---

| Debtor | **Otex Resources, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.10**

**Creditor's name**
**Principis Capital LLC**

**Creditor's mailing address**
**132 West 31st Street, Suite 1301**

**New York          NY   10001**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Future Receivables**

**Describe the lien**

**Judgment/Lawsuit**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

| | | |
|---|---|---|
| | $62,858.11 | $0.00 |

Debtor   **Otex Resources, LLC**                                           Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Joseph I. Sussman, P.C.** | Line   **2.10** | ___ ___ ___ ___ |
| **Attorneys At Law** | | |
| **333 Pearsall Avenue, Suite 205** | | |
| | | |
| **Cedarhurst**                **NY**    **11516** | | |

**Fill in this information to identify the case:**

Debtor     **Otex Resources, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| **2.1**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,500.00** | **$17,500.00** |

**Larry A. Vick**

**10497 Town & Country Way, Suite 700**

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**     **TX**     **77024**

**Basis for the claim:**
**Attorney Fees** _____

Date or dates debt was incurred
**01/31/2017**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number   ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( _____ )   **Attorney Fees**

Debtor  **Otex Resources, LLC**                                   Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                            **Amount of claim**

**3.1**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:  **$7,473.30**
*Check all that apply.*

**CitiCard**

☐ Contingent

**P O Box 6004**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Sioux Falls**          **SD**      **57117**          **Business account**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number        **1   7   5   3**        ☑ No
☐ Yes

---

**3.2**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:  **Unknown**
*Check all that apply.*

**Debra Jo Catlett, Attorney**

☐ Contingent

**Catlett & Associates, P.C.**

☐ Unliquidated

**907 Harold**

☐ Disputed

**Basis for the claim:**

**Houston**          **TX**      **77006**          **Attorney Fees**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __        ☑ No
☐ Yes

---

**3.3**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:  **$423.78**
*Check all that apply.*

**Hotchkiss Disposal Service**

☐ Contingent

**P O Box 2742**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Baytown**          **TX**      **77522**          **Business account**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __        ☑ No
☐ Yes

---

**3.4**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:  **$1,350.51**
*Check all that apply.*

**Knighten Machine & Service Inc.**

☐ Contingent

**3323 North County Road West**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Odessa**          **TX**      **79764**          **Business account**

Date or dates debt was incurred          Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __        ☑ No
☐ Yes

---

Debtor  **Otex Resources, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          **Amount of claim**

---

**3.5**   Nonpriority creditor's name and mailing address

**O'Reilly Auto Parts**

**P O Box 9464**

_____

_____

**Springfield**               **MO**      **65801**

Date or dates debt was incurred     _____

Last 4 digits of account number     **2   8   2   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business account**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,074.32**

---

**3.6**   Nonpriority creditor's name and mailing address

**Petro Energy Group**

**12955 Willow Place West**

_____

_____

**Houston**               **TX**      **77070**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business account**

Is the claim subject to offset?
☑ No
☐ Yes

**$23,646.15**

---

**3.7**   Nonpriority creditor's name and mailing address

**Railroad Commission of Texas**

  **Oil & Gas Division**

**P O Box 12967**

_____

**Austin**               **TX**      **78711-2967**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Fines and Fees**

Is the claim subject to offset?
☑ No
☐ Yes

**$639,555.00**

---

**3.8**   Nonpriority creditor's name and mailing address

**Solstice Capital, LLC**

**c/o Erich Mundinger, Manager**

**2365 Rice Blvd., Suite 201**

_____

**Houston**               **TX**      **77005**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business account**

Is the claim subject to offset?
☑ No
☐ Yes

**$200,000.00**

---

Debtor     **Otex Resources, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.9 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**                        $31,357.32
*Check all that apply.*

**Trico Fishing & Rental Tools Co.**                ☐ Contingent

**c/o Andrew B. Totz, Totz Ellison & Totz**         ☐ Unliquidated

**2211 Norfolk, Suite 510**                         ☑ Disputed

_____          **Basis for the claim:**

**Houston**                    **TX**   **77098**   **Lawsuit**

**Date or dates debt was incurred**    _____   **Is the claim subject to offset?**

**Last 4 digits of account number**    ___  ___  ___  ___   ☑ No
                                                            ☐ Yes

Debtor      **Otex Resources, LLC**                                      Case number (if known)

| | |
|---|---|
| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

                                                                                        **Total of claim amounts**

5a.   **Total claims from Part 1**                                      5a.                  $17,500.00

5b.   **Total claims from Part 2**                                      5b. **+**            $905,880.38

5c.   **Total of Parts 1 and 2**                                        5c.                  $923,380.38
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name __**Otex Resources, LLC**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number
(if known) _____     Chapter __**11**__

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name **Otex Resources, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

    ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1  Thomas E. Fereday, Jr.** | **2408 Bens Branch Drive** <br> Number      Street <br><br> **Kingwood          TX    77339** <br> City                  State  ZIP Code | **Capacity Funding LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2  Thomas E. Fereday, Jr.** | **2408 Bens Branch Drive** <br> Number      Street <br><br> **Kingwood          TX    77339** <br> City                  State  ZIP Code | **New Era Lending, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.3  Thomas E. Fereday, Jr.** | **2408 Bens Branch Drive** <br> Number      Street <br><br> **Kingwood          TX    77339** <br> City                  State  ZIP Code | **Principis Capital LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.4  Thomas E. Fereday, Jr.** | **2408 Bens Branch Drive** <br> Number      Street <br><br> **Kingwood          TX    77339** <br> City                  State  ZIP Code | **Solstice Capital, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name **Otex Resources, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

## Part 1:   Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B..................................................................................... | **$449,097.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B.................................................................................. | **$111,075.42**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B.................................................................................... | **$560,172.42**

## Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................ | **$794,561.68**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................ | **$17,500.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............... | **+ $905,880.38**

4.   **Total liabilities**
    Lines 2 + 3a + 3b .......................................................................................................... | **$1,717,942.06**

**Fill in this information to identify the case and this filing:**

Debtor Name      **Otex Resources, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/31/2017**          X **/s/ Thomas E. Fereday**
_____              _____
MM / DD / YYYY                Signature of individual signing on behalf of debtor

                              **Thomas E. Fereday**
                              _____
                              Printed name

                              **Managing Member**
                              _____
                              Position or relationship to debtor

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name  **Otex Resources, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/16

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any
additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year,
which may be a calendar year**

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

**From the beginning of the
fiscal year to filing date:**        From  **01/01/2017**  to    Filing date
                                            MM / DD / YYYY

☑ Operating a business
☐ Other _____

**$42,000.00**

**For prior year:**        From  **01/01/2016**  to  **12/31/2016**
                                MM / DD / YYYY        MM / DD / YYYY

☑ Operating a business
☐ Other _____

**$365,304.00**

**For the year before that:**        From  **01/01/2015**  to  **12/31/2015**
                                        MM / DD / YYYY        MM / DD / YYYY

☑ Operating a business
☐ Other _____

**$499,878.00**

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be
adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Debtor | **Otex Resources, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Trico Fishing & Rental Tools Co vs. Otex Resources LLC** | **Suit on Account** | **County Civil Court at Law No. 1 Harris**<br>Name | ☑ Pending |
| | | | **201 Caroline, Suite 300**<br>Street | ☐ On appeal |
| | | | | ☐ Concluded |
| | Case number<br>**1083395** | | **Houston**                    **TX**    **77002**<br>City                                      State    ZIP Code | |
| | Case title | Nature of case | Court or agency's name and address | Status of case |
| 7.2. | **Anahuac ISD vs. Otex Resources LLC** | **Tax suit** | **253rd Judicial Distirct Court Chamers**<br>Name | ☑ Pending |
| | | | <br>Street | ☐ On appeal |
| | | | | ☐ Concluded |
| | Case number<br>**30496** | | <br>City                                      State    ZIP Code | |

Debtor    **Otex Resources, LLC**                                          Case number (if known) _____
          Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Principis Capital LLC vs. Otex Resources LLC and Thomas E. Fereday** | **Alleged judgment** | N.Y. City Supreme Court, Civil Division<br>Name<br><br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>3497300 | | City          State   ZIP Code | |
| 7.4. | **City of Baytown vs. Otex Resources LLC** | **Tax Suit** | JP Court Precinct 3, Place 1 Harris Cty<br>Name<br><br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>CV31C0065501 | | City          State   ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |
|---|---|

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor   __**Otex Resources, LLC**__                                 Case number (if known) _____
         Name

---

**Part 6:**       **Certain Payments or Transfers**

---

**11.   Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | __**Larry A. Vick**__ | | **January 2017** | __**$7,500.00**__ |

**Address**

__**10497 Town & Country Way, Suite 700**__
Street

_____

__**Houston**__              __**TX**__     __**77024**__
City                          State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12.   Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.   Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

---

**Part 7:**       **Previous Locations**

---

**14.   Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor __**Otex Resources, LLC**__                    Case number (if known) _____
Name

---

**Part 8:**     **Health Care Bankruptcies**

---

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■ diagnosing or treating injury, deformity, or disease, or

- ■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

**Part 9:**     **Personally Identifiable Information**

---

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

     Does the debtor have a privacy policy about that information?
     ☐ No.
     ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
     ☐ No.  Go to Part 10.
     ☐ Yes.  Fill in below:

---

**Part 10:**     **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

---

| Debtor | __Otex Resources, LLC__ | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

Debtor   **Otex Resources, LLC**
_____    Case number (if known) _____
         Name

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27.   Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28.   List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Thomas E. Fereday** | **2408 Bens Branch Drive**<br>**Kingwood, TX 77339** | **Managing Member** | **98%** |
| **Trent E. Fereday** | **1810 S. Highway 146**<br>**Baytown, TX 77520** | **Member** | **1%** |
| **Travis E. Fereday** | **1810 S. Highway 146**<br>**Baytown, TX 77520** | **Member** | **1%** |

**29.   Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|

Debtor   **Otex Resources, LLC**                                              Case number (if known) _____
_____
Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/31/2017**
_____
MM / DD / YYYY

**X /s/ Thomas E. Fereday**                                    Printed name  **Thomas E. Fereday**
_____                                     _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Managing Member**
_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

In re  **Otex Resources, LLC**

Case No. _____

Chapter    **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept..........................Hourly: Estimated Total     **$25,000.00**

    Prior to the filing of this statement I have received.......................................................     **$7,500.00**

    Balance Due..........................................................................Hourly: Approximately     **$17,500.00**

2. The source of the compensation paid to me was:
    ☑ Debtor                ☐ Other (specify)

3. The source of compensation to be paid to me is:
    ☑ Debtor                ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **01/31/2017** | **/s/ Larry A. Vick** | |
| --- | --- | --- |
| *Date* | *Larry A. Vick* | Bar No.  20563500 |
| | Larry A. Vick | |
| | 10497 Town & Country Way, Suite 700 | |
| | Houston, Texas 77024 | |
| | Phone: (713) 239-1062 / Fax: (832) 202-2821 | |

---

**/s/ Thomas E. Fereday**

***Thomas E. Fereday***
***Managing Member***

**Fill in this information to identify the case:**

Debtor name   **Otex Resources, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Railroad Commission of Texas   Oil & Gas Division P O Box 12967 Austin, TX 78711-2967 | | Fines and Fees | | | | $639,555.00 |
| 2 | Capacity Funding LLC 7 Renaissance Square, 5th Floor White Plains, NY 10601 | | Business account | Unliquidated Disputed | $445,000.00 | $0.00 | $445,000.00 |
| 3 | Solstice Capital, LLC c/o Erich Mundinger, Manager 2365 Rice Blvd., Suite 201 Houston, TX 77005 | | Business account | Disputed | | | $200,000.00 |
| 4 | New Era Lending, LLC North Orange Street, Suite 762 Wilmington, DE 19801 | | Business account | Unliquidated Disputed | $150,000.00 | $0.00 | $150,000.00 |
| 5 | Graystone Energy Corp. P O Box 98 Judson, TX 75660 | | Mechinacs Lien | Disputed | $107,500.00 | $37,953.55 | $69,546.45 |

Debtor  **Otex Resources, LLC**_____  Case number (if known) _____
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Principis Capital LLC 132 West 31st Street, Suite 1301 New York, NY 10001 | | Judgment/Lawsuit | Unliquidated Disputed | $62,858.11 | $0.00 | $62,858.11 |
| 7   Trico Fishing & Rental Tools Co. c/o Andrew B. Totz, Totz Ellison & Totz 2211 Norfolk, Suite 510 Houston, TX 77098 | | Lawsuit | Disputed | | | $31,357.32 |
| 8   Petro Energy Group 12955 Willow Place West Houston, TX 77070 | | Business account | | | | $23,646.15 |
| 9   Larry A. Vick 10497 Town & Country Way, Suite 700 Houston, TX 77024 | | Attorney Fees | | | | $17,500.00 |
| 10   CitiCard P O Box 6004 Sioux Falls, SD 57117 | | Business account | | | | $7,473.30 |
| 11   O'Reilly Auto Parts P O Box 9464 Springfield, MO 65801 | | Business account | | | | $2,074.32 |
| 12   Knighten Machine & Service Inc. 3323 North County Road West Odessa, TX 79764 | | Business account | | | | $1,350.51 |
| 13   Hotchkiss Disposal Service P O Box 2742 Baytown, TX 77522 | | Business account | | | | $423.78 |

Debtor   **Otex Resources, LLC**                                          Case number (if known)
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Debra Jo Catlett, Attorney Catlett & Associates, P.C. 907 Harold Houston, TX 77006 | | Attorney Fees | | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

IN RE:   **Otex Resources, LLC**

CASE NO

CHAPTER   **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  1/31/2017 _____

Signature  /s/ Thomas E. Fereday _____
*Thomas E. Fereday*
*Managing Member*

Date _____

Signature _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

In re:  **Otex Resources, LLC**                                    CASE NO

                                                                   CHAPTER    **11**


# BUSINESS INCOME AND EXPENSES


FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:                **$365,304.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                            **$47,000.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | **$0.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$6,000.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$600.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$3,400.00** |
| 12. Office Expenses and Supplies: | **$0.00** |
| 13. Repairs and Maintenance: | **$0.00** |
| 14. Vehicle Expenses: | **$1,500.00** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** |
| 18. Insurance: | **$1,500.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify): | |
|     **Dumpsters** | **$150.00** |
|     **Management Fees** | **$4,000.00** |
|     **Roustabouts** | **$22,750.00** |
|     **Railroad Commission** | **$2,500.00** |
|     **Diesel Fuel** | **$1,500.00** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$43,900.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):                **$3,100.00**