IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| OTeX Resources, LLC | § | Case No. 17-80033 |
| | § | (Chapter 7) |
| DEBTORS(S) | § | |

**NOTICE OF HEARING**
(Relates to Document No. 32 and 33)

PLEASE TAKE NOTICE that the Court will hold a hearing on Solstice Capital, LLC's on the following two motions: (1) Motion for Relief from the Automatic Stay, and (2) Motion Requesting Authorization and Approving the Sale of Assets Subject to Liens Held by Debtor in Possession Financing Lender and Secured Creditor at a Sale in Accordance with Texas Property Code Section 51 on **August 11, 2017 at 09:00am**, in Courtroom 404, 4th Floor, United States Courthouse, 515 Rusk, Houston, Texas 77002.

Date: July 31, 2017

By: _/s/ Harold N. May_____
Harold N. May, Attorney at Law
Tex. Bar No. 13264800
Two Riverway, 15th Floor
Houston, Texas 77056
(281) 407-5609 – Phone
(832) 201-7574 – Fax
Hap.May@may-firm.com

Attorney for Solstice Capital, LLC

**Certificate of Service**

I do hereby certify that on 31st day of July 2017, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

Larry Vick
10497 Town & Country Way, Suite 700
Houston, Texas 77024
Tel: 713-239-1062 / Fax: 832-202-2821
attorney@larryvick.com

Debtor's Counsel

Mark Jason Friedman
Split Rock Legal Bldg
66 Split Rock Rd
Syosset, NY 11791
516-653-2480
MFriedman@FriedmanPC.com

Attorney for Capacity Funding, LLC

Tara L Grundemeier
Linebarger Goggan Blair and Sampson LLP
1301 Travis Street, Ste 300
Houston, Tx 77002
713-844-3478
713-844-3503 (fax)
houston_bankruptcy@publicans.com

Attorney for Fort Bend County and Harris County

Christine A March
Office of the US Trustee
515 Rusk St, Ste 3516
Houston, TX 77002
713-718-4650 Ext. 239
713-718-4580 (fax)
christine.a.march@usdoj.gov
Attorney for US Trustee

Janet S Casciato-Northrup
Hughes Watters and Askanase
1201 Louisiana, 28th Floor
Houston, TX 77002
713-759-0818
713-759-6834 (fax)
jln@hwa.com

Chapter 7 Trustee

Owen Mark Sonik
Perdue Brandon et al
1235 North Loop West
Ste 600
Houston, Tx 77008
713-862-1860
713-862-1429 (fax)
osonik@pbfcm.com

Attorney for Chambers County Tax Office

Stephen H DonCarlos
Reid Strickland & Gillette LLP
1300 Rollingbrook, Ste 407
Baytown, TX 77521
281-422-8166
281-428-2962 (fax)
sdoncarlos@rsg-llp.com

Attorney for GCCISD & Lee College District

By: _/s/ Harold N. May_____
        HAROLD N. MAY