

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ENTERED
08/11/2017

| | | |
|---|---|---|
| IN RE: | § § § | |
| OTeX RESOURCES, LLC | § § § | CASE NO. 17-80033 (Chapter 11) |
| DEBTOR | § § | |

## ORDER AUTHORIZING AND APPROVING THE SALE OF ASSETS SUBJECT TO LIENS HELD BY DEBTOR IN POSSESSION FINANCING LENDER AND SECURED CREDITOR AT A SALE IN ACCORDANCE WITH TEXAS PROPERTY CODE SECTION 51

At Houston, came on for consideration Solstice Capital, LLC's ("Creditor") Motion For Order Authorizing And Approving The Sale Of Assets Subject To Liens Held By Debtor In Possession Financing Lender And Secured Creditor At A Sale In Accordance With Texas Property Code Section 51 ("Motion") and the Court, after consideration is of the opinion that the Motion should be granted as set forth herein. The Court, accordingly finds that:

1.  This Court has core jurisdiction over the Bankruptcy Case, the Motion, and the parties and property affected pursuant to 28 U.S.C. § 1334.

2.  Under the circumstances, the notice given by the Creditor of the Motion constitutes due and sufficient notice thereof and complies with Bankruptcy Rule 4001(c).

3.  The Creditor is hereby authorized to proceed with the sale in accordance with the Texas Property Code Section 51 (the "Sale"). The Creditor is authorized and directed to do and perform all acts, to make, execute, and deliver all instruments and documents, and to pay all fees, that may reasonably be required or necessary for the Creditor to perform and complete the Sale.

4.  The Court finds, on the evidence presented at the hearing that the Debtor is unable to provide adequate protection to the Creditor as the Debtor-in-possession financer and to other

creditors and therefore the Court finds that allowing for the Sale to proceed will provide likely the best protection and the highest price to be reasonably excepted given the current state of the Debtor.

It is, therefore,

**ORDERED** that the Creditor may proceed with, complete, and take possession of the assets of the Sale in accordance with the Texas Property Code Section 51. It is, further,

**ORDERED**, that all previously orders are modify to allow for conformance with this Order that allows the Creditor to execute, complete, and take possession of the assets necessary to complete the Texas Property Code Section 51 sale.

Dated: 8-11-17

HONORABLE MARVIN ISGUR,
UNITED STATES BANKRUPTCY JUDGE

**Filed by and accepted in form by:**

**HAROLD "HAP" MAY, PC**
/s/ Harold N. May
Harold N. May
SBN 13264800
Two Riverway 15th FL
Houston, Texas 77056
Tel: 281-407-5609 / 832-201-7675
COUNSEL FOR SOLSTICE CAPITAL, LLC

This Order does not determine what assets, leases, and contract rights are owned by the Estate.

2